1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY HARDWICK,

11            Petitioner,                    No. CIV S-06-0672 LKK DAD P

12        vs.

13   KEN CLARKE, Warden, et al.,

14            Respondents.                   <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the required filing fee of $5.00 and

18   has not filed an application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).

19   Petitioner will be granted thirty days to pay the filing fee or file a properly completed application

20   to proceed in forma pauperis.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Petitioner shall submit, within thirty days from the date of this order, the $5.00

23   filing fee or a properly completed application to proceed in forma pauperis; petitioner's failure to

24   comply with this order or request an extension of time in which to comply will result in a

25   recommendation that this action be dismissed without prejudice; and

26   /////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district in habeas proceedings.

DATED: April 5, 2006.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hard0672.101a