IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY HARDWICK,

    Petitioner,               No. CIV S-06-0672 LKK DAD P

    vs.

KEN CLARKE, Warden, et al.,

    Respondents.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 and has not filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Petitioner will be granted thirty days to pay the filing fee or file a properly completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or a properly completed application to proceed in forma pauperis; petitioner's failure to comply with this order or request an extension of time in which to comply will result in a recommendation that this action be dismissed without prejudice; and

/////

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district in habeas proceedings.

DATED: April 5, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
hard0672.101a