1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LARRY HARDWICK,

11           Petitioner,              No. CIV S-06-0672 LKK DAD P

12       vs.

13   KEN CLARKE, et al.,

14           Respondents.             ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  The petition was not accompanied by the required filing

18   fee or an application to proceed in forma pauperis.  Pursuant to the court's order filed April 5,

19   2006, petitioner paid the filing fee on April 26, 2006.

20           Petitioner entered a plea of guilty to second degree murder in Los Angeles County

21   Superior Court in 1979 or 1980.  In this action, petitioner is challenging the denial of parole by

22   the Board of Prison Terms after a parole consideration hearing conducted at Folsom State Prison

23   on May 10, 2005.  Since petitioner may be entitled to relief if the claimed violations of

24   constitutional rights are proved, respondents will be directed to file a response to petitioner's

25   habeas petition.

26   /////

1

1    Petitioner's habeas petition includes a request for appointment of counsel.  There

2    is no right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

3    453, 460 (9th Cir. 1996).  Counsel may be appointed, however, at any stage of the case "if the

4    interests of justice so require."  18 U.S.C. § 3006A; see also Rule 8(c), Fed. R. Governing § 2254

5    Cases.  In the present case, the interests of justice do not require the appointment of counsel at

6    this stage of the case.

7    IT IS HEREBY ORDERED that:

8    1.  Petitioner's request for appointment of counsel is denied;

9    2.  Respondents are directed to file and serve a response to petitioner's habeas

10   petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254

11   Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the

12   issues presented in petitioner's habeas petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

13   3.  If the response to petitioner's habeas petition is an answer, petitioner's reply, if

14   any, shall be filed and served within thirty days after the answer is served;

15   4.  If the response to petitioner's habeas petition is a motion, petitioner's

16   opposition or a statement of non-opposition to the motion shall be filed and served within thirty

17   days after the motion is served, and respondents' reply shall be filed and served within fifteen

18   days thereafter; and

19   5.  The Clerk of the Court shall serve a copy of this order together with a copy of

20   the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Lead

21   Supervising Deputy Attorney General.

22   DATED: November 20, 2006.

23

24   _____

25   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

26   DAD:13:bb
     hard0672.100fee

2