DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
LARRY HARDWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HARDWICK,<br><br>  Petitioner,<br><br>   v.<br><br>KEN CLARKE, WARDEN, et al,<br><br>  Respondents. | No. 2: 06-cv-0672 LKK DAD<br>Eastern District of California, Sacramento<br><br>**ORDER SHORTENING TIME FOR HEARING ON PETITIONER'S MOTION FOR RELEASE**<br><br>Date:   Chambers<br>Time:   ----<br>Judge:  Hon. Lawrence K. Karlton |

Good cause having been shown, IT IS HEREBY ORDERED that Petitioner's Request to Shorten Time on Petitioner's Motion for Immediate Release is hereby granted.

Respondent shall file any opposition to Petitioner's motion on or before September 17, 2010. Petitioner's reply shall be filed on or before September 22, 2010. A hearing is hereby scheduled on the motion for September 27, 2010, at 10:00 a.m. before Senior Judge Lawrence K. Karlton, in Courtroom No. 4, 15th Floor, of the United States District Court, 501 I Street, Sacramento, California, 95814.

Dated: September 13, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT