DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
LARRY HARDWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HARDWICK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARKE, Warden, et al.,<br><br>　　　　　Respondents.<br>_____ | DC No. 2: 06-cv-0672 LKK DAD<br>Eastern District of California, Sacramento<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:　　September 27, 2010<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Lawrence K. Karlton |

　　　　TO:  KEN CLARKE, Warden of California Substance Abuse and Treatment Facility and State Prison, Corcoran California,

　　　　YOU ARE COMMANDED to produce prisoner LARRY HARDWICK (C-16062) to U.S. Marshal's Office at the United States Courthouse, 501 I Street, Sacramento, CA 95814, on September 24, 2010, at 1:00 p.m. and to make Mr. Hardwick available for interview by federal pretrial services and then to produce him in court on September 27, 2010, at 10:00 a.m. for the hearing on the pending motion for immediate release so that he is available, if needed, to testify at the hearing testify before the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, 95814, in Courtroom 4, 15th Floor, on September 27, 2010, at 10:00 a.m., and

from day to day until completion of the proceedings, and thereafter to return the prisoner to the above-named institution, unless otherwise ordered by the Court.

FURTHER, you are ordered to notify the Court of any change in custody of the prisoner and to provide the new custodian with a copy of this writ.

The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Substance Abuse Treatment Facility and State Prison, Corcoran, CA, 93212

Dated: September 13, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT