UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY HARDWICK,

        NO. CIV. S-06-672 LKK DAD P

    Petitioner,

  v.                     O R D E R

KEN CLARKE, et al.,

    Respondents.
_____/

    Pending before the court in the above-captioned case is a motion to stay by respondent Ken Clarke, ECF No. 44. The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for December 20, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: December 8, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1